IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO HANNA, *et al.*, <br>       Plaintiffs, <br><br> v. <br><br> PALISADES PROPERTY & CASUALTY <br> INSURANCE COMPANY <br> trading as <br> PLYMOUTH ROCK ASSURANCE CORP. <br> doing business as <br> PLYMOUTH ROCK ASSURANCE CORP., <br>       Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> :    Civil No. 5:23-cv-01051-JMG <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

**AND NOW**, this 31st day of March 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 34), Plaintiffs' Response to Defendant Palisades Property & Casualty Insurance Company's Motion for Summary Judgment (ECF No. 38), and Defendant's Reply Brief in Support of Defendant's Motion for Summary Judgment (ECF No. 42), **IT IS HEREBY ORDERED** that the Motion (ECF No. 34) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge